# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL McILMAIL, | : |
|     Plaintiff, | :   CIVIL ACTION |
| | : |
|     v. | :   No. 17-cv-2991 |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| OFFICE OF THE ATTORNEY GENERAL, | : |
| et al., | : |
|     Defendants. | : |

## ORDER

AND NOW, this 26th day of February, 2018, upon consideration of Defendants' Motion to Dismiss (Doc. No. 8) and Plaintiff's response thereto (Doc. No. 9), it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

1. The portions of Counts I, II, and III against Defendants Ralston, Crawford, and Duecker in their official capacities are DISMISSED with prejudice;

2. With the exception of Plaintiff's claim based on the Pennsylvania Human Resources Act against Defendants Ralston, Crawford, and Duecker in their individual capacities, Count VII is DISMISSED with prejudice;

3. The portion of Count IV against Defendants Ralston, Crawford, and Duecker in their individual capacities is DISMISSED with prejudice;

4. The portion of Count V against Defendants Ralston, Crawford, and Duecker in their individual capacities is DISMISSED with

prejudice; and

5.   Count III, in its entirety, is DISMISSED with prejudice.


                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,       J.