# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL McILMAIL, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 17-cv-2991 |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| OFFICE OF THE ATTORNEY GENERAL, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of May, 2019, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 22), Plaintiffs' Opposition thereto (Doc. No. 30), Defendants' Reply in Support thereof (Doc. No. 31), and Plaintiffs' Sur-reply thereto (Doc. No. 34), and consistent with this Court's accompanying Memorandum, Defendants' Motion is DENIED in part and GRANTED in part. It is hereby ORDERED as follows:

1. Defendants' Motion for Summary Judgment is DENIED as to the claims against Defendants in Counts I, IV, V, VII, and VIII of the Complaint.

2. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's retaliation claim against Defendant Duecker in Count II of the Complaint, and as to Plaintiff's LMRA claims against Defendants in Count VI of the Complaint.

1

BY THE COURT:


<u>s/J. Curtis Joyner</u>
J. CURTIS JOYNER, J.